EXHIBIT 6

**NOMAC DRILLING, LLC**

P O BOX 850440
DALLAS, TX 75265-0840
PHONE: (405) 422-2764   FAX: (405) 422-2868

INVOICE TO: US ENERGY DEVELOPMENT CORP
333333 COYOTE 1-20H
2350 N FOREST RD
GETZVILLE, NY 140680000
Phone () 0       Fax ()

INVOICE : 24587
WELL# : 333333 COYOTE 1-20H
Invoice Date : 5/31/2013
Due Date : 8/31/2013

COI Division: NORTHERN
COI District: EL RENO
County: GARFIELD, OK
Rig# or Unit# (3digits): 062

PO:

| QTY | DESCRIPTION | BILLED FROM /THRU | RATE | TOTAL |
|---|---|---|---|---|
| 65 | MOB/DEMOB REV - MOBILIZATION/OH-MOB DAY RATE | | $708.33 | $46,749.98 |
| | RIG RELEASE 3/5/13 @ 9:00 TO 3/8/13 @ 3:00 | | | |
| 568 | DRILL REV - DAYWORK | | $833.33 | $473,333.14 |
| | 3/8/13 @ 3:00 TO EOM 3/31/13 @ 24:00 | | | |
| 5 | DRILL REV - REPAIR (DAYWORK) | | $833.33 | $4,166.67 |
| | 3/9/13 - 4 HRS. | | | |
| | 3/12/13 - 1 HR. | | | |
| 12 | LABOR REV - FLOORMAN (DAYWORK) | | ($18.75) | ($225.00) |
| | 8/2/13 | | | |
| 72 | LABOR REV - MOTORMAN (DAYWORK) | | ($19.25) | ($1,386.00) |
| | 8/8/13 TO 8/13/13 | | | |
| | USEDC PO#16348 | | | |

SubTotal : $522,638.79

THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL... $522,638.79

NET AMOUNT DUE... $522,638.79

Mail out 9/4/13.

Page 1 of 1