IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NOMAC DRILLING, LLC, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-14-0155-C |
| | ) | |
| USEDC OKC, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM OPINION AND ORDER**

Before the Court is Non-party Halliburton Energy Services, Inc.'s Objection and Motion to Quash or Modify Subpoena Duces Tecum (Dkt. No. 106). The third-party Defendant, Grace Consulting Services, Inc., has not filed a response. The Motion to Quash is granted because the information requested in the subpoena is overbroad.

Accordingly, the Court GRANTS Non-party Halliburton Energy Services, Inc.'s Objection and Motion to Quash or Modify Subpoena Duces Tecum (Dkt. No. 106).

IT IS SO ORDERED on this 3rd day of November, 2015.

ROBIN J. CAUTHRON
United States District Judge